IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JOVON JEWELL DAVIS,** | ) | Civil Action No. 7:15-cv-00363 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **STEVE CLEAR, et al.,** | ) | By:   Hon. Robert S. Ballou |
|     Defendants. | ) |         United States Magistrate Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Defendants' motions to stay discovery and to dismiss are **GRANTED**; the complaint is **DISMISSED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

Enter: January 4, 2016

/s/ Robert S. Ballou

Robert S. Ballou
United States Magistrate Judge